1 | KEVIN V. RYAN, CSBN 118321
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169
7 |
Attorneys for Defendants
8 |

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | MOHAMMAD ESMAEIL KARIMABADY,          )
                                        )   No. C 06-4187 SI
13 |             Plaintiff,              )
                                        )
14 |       v.                           )
                                        )   **STIPULATION TO DISMISS; AND**
15 | MICHAEL CHERTOFF, Secretary of the  )   **[PROPOSED] ORDER**
Department of Homeland Security (DHS);  )
16 | EMILIO T. GONZALEZ, Director, United States )
Citizenship and Immigration Services;  )
17 | DONALD NEUFELD, California Service   )
Center Acting Director; DAVID STILL,    )
18 | United States Citizenship and Immigration )
Services, San Francisco District Director )
19 |                                     )
             Defendants.                )
20 |

21 |     Plaintiff and Defendants, by and through their attorneys of record, hereby stipulate, subject to

22 | the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the

23 | fact that the United States Citizenship and Immigration Services is now prepared to adjudicate

24 | plaintiff's application for naturalization and agrees to adjudicate such application within 30 days

25 | of the dismissal of this action.

26 |     Each of the parties shall bear their own costs and fees.

27 | ///

28 | ///

Stip to Dismiss
C 06-4187 SI

1    Date: August 7, 2006                       Respectfully submitted,

2                                       KEVIN V. RYAN
                                        United States Attorney

3

4                                       /s/
                                      ILA C. DEISS

5                                       Assistant United States Attorney
                                      Attorneys for Defendants

6

7

8    Date: August 9, 2006                       /s/
                                      HAITHAM E. BALLOUT
                                      Attorney for Plaintiff

9

10                                    **ORDER**

11        Pursuant to stipulation, IT IS SO ORDERED.

12

13    Date:

14                                     SUSAN ILLSTON
                                      United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip to Dismiss
C 06-4187 SI